**No. 10-728. Ralph Nader, et al., Petitioners v. Scott T. Nago, Chief Election Officer, State of Hawaii.**

563 U.S. 917, 131 S. Ct. 1844, 179 L. Ed. 2d 772, 2011 U.S. LEXIS 2679.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 620 F.3d 1214.